The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE LILLARD,<br><br>Defendant. | Case No. CR15-270 RSM<br><br>**ORDER TO EXTEND TIME TO ANSWER LILLARD'S PETITION FOR WRIT OF ERROR CORAM NOBIS AND/OR MOTION TO WITHDRAW GUILTY PLEA TO SUPERVISED RELEASE VIOLATIONS** |

THE COURT having received and reviewed the government's Motion to Extend Time to Respond to Lillard's Petition for Writ of Error Coram Nobis and/or Motion to Withdraw Guilty Plea to Supervised Release Violations, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Extend Time to Respond to Lillard's Petition for Writ of Error Coram Nobis and/or Motion to Withdraw Guilty Plea to Supervised Release Violations is GRANTED.

/ / /

/ / /

[Proposed] Order to Extend Time to Answer - 1
*United States v. Lillard* / CR15-270 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The government's response to Lillard's Petition is due June 23, 2023.

3  DATED this 16th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

[Proposed] Order to Extend Time to Answer - 2
*United States v. Lillard* / CR15-270 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970