UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR15-270RSM |
| Plaintiff, | ORDER |
| v. | |
| LONNIE LILLARD, | |
| Defendant. | |

The Court has received defendant's motion dated September 21, 2023 (Dkt #63).  The Court interprets this filing as not seeking relief from the Court other than the appointment of counsel.  In light of the appointment of CJA counsel in this matter (see September 27, 2023, appointment at Dkt #64), the Court FINDS and ORDERS that defendant's motion is DENIED as moot.

DATED this 28th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1