The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LONNIE EUGENE LILLARD,<br><br>Defendant. | Cause No. CR15-270 RSM<br><br>**ORDER GRANTING ACCESS TO SEALED DOCKET ENTRY** |

This matter having come before the Court on Defendant's request to grant access to a sealed document for his appellate attorney to provide effective representation:

1. The Court finds that access to all documents filed by Mr. Lillard is necessary to providing effective appellant representation.

2. The Court instructs the clerk's office to provide only JASON B. SAUNDERS with a copy of docket No. 69.

ORDER GRANTING ACCESS
TO SEALED DOCKET ENTRY – 1

**gordon & saunders**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.340.6034/ Fax. 206.682.3746

3.  The Court further instructs the clerk's office that docket No. 69 is <u>not</u> to be sent to any of the parties outside of JASON B. SAUNDERS, as this was docket was filed ex parte and under seal.

4.  Docket No. 69 will remain under seal.

Dated this 23rd day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jason Saunders*
Jason Saunders, WSBA #24963
Attorney for Defendant

ORDER GRANTING ACCESS
TO SEALED DOCKET ENTRY – 2

gordon & saunders
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.340.6034/ Fax. 206.682.3746